# Exhibit D

*Claim Chart re Asserted Claims of '635 Patent and
Exemplary Accused Products*

Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635

| Claim language | Information Relating to the Fujifilm GFX100 |
|---|---|
| 1. A digital camera system comprising: | The Fujifilm GFX100 is a digital camera system.<br><br>https://fujifilm-x.com/en-us/products/cameras/gfx100/ |
| a lens assembly mounted for receiving an image and projecting said image on an image plane; | The Fujifilm GFX100 includes a lens assembly mounted for receiving an image. |

1



Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635



Fujifilm GFX100 Owner's Manual at 2.

2



Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635



Fujifilm GFX100 Owner's Manual at 40.

optical low-pass filter. Optimized to be used exclusively with FUJINON GF Lenses, this combination results in outstanding image quality with high-resolution and immense detail.

https://fujifilm-x.com/en-us/products/cameras/gfx100/

The Fujifilm GFX100 includes a lens assembly mounted for projecting said image on an image plane.

3



Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635



32  🗑 (delete) button...........................................60
33  **AE-L** (exposure lock) button..............95, 256
34  Focus stick (focus lever)...................5, 82, 221
35  Focus mode selector.......................................78
36  **AF-ON** button........................................ 95, 256

43  Remote release connector cover...............72
44  Indicator lamp 2 .........................................9, 43
45  Rear secondary monitor..............................29
46  LCD monitor.............................. 10, 18, 20, 21
    Touch screen .................................31, 132, 231

Fujifilm GFX100 Owner's Manual at 3.

4



Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635

| a micro-electromechanical (MEMS) system support mechanism for providing at least two positions of movement to a supported element, said MEMS support mechanism being fabricated integrally with said supported element; and | The Fujifilm GFX100 includes a micro-electromechanical (MEMS) system support mechanism for providing at least two positions of movement to a supported element.<br><br>### In Body Image Stabilization<br><br>The GFX100 is a first mirrorless digital camera equipped with an in-body image stabilization (IBIS) mechanism for a large format sensor in GFX series. It provides precision control for the high definition images produced by the camera's large format sensor, which is approx. 1.7 times the size of a 35mm format sensor. This feature revolutionizes the large format camera system, unleashing its advanced performance with greater flexibility in a wider variety of shooting conditions.<br><br><table><tr><td>Specification</td><td>three-axis accelerometer, three-axis gyro sensor, dedicated dual processor</td></tr><tr><td>Image stabilizer mechanism</td><td>Image sensor shift mechanism with 5-axis compensation</td></tr><tr><td>Compensation Effect</td><td>5.5 stops *4</td></tr></table><br> <br><br>https://fujifilm-x.com/en-us/products/cameras/gfx100/feature-stabilization/ |

5



Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635



https://fujifilm-x.com/en-us/products/cameras/gfx100/feature-stabilization/



Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635

<table>
<tr>
<td></td>
<td>

## IS MODE

Reduce blur.

| Option | Description |
|---|---|
| **CONTINUOUS** | Image stabilization on. |
| **SHOOTING ONLY** | Image stabilization enabled only when the shutter button is pressed halfway (focus mode **C**) or the shutter is released |
| **OFF** | Image stabilization off; 🚫 appears in the display. Choose when the camera is mounted on a tripod or otherwise fixed in place. |

◈ • The setting selected with the lens image stabilization switch, if any, takes priority over the setting chosen with **IS MODE**.
• Note that vibration or camera sounds may be noticeable as image stabilization takes effect.

Fujifilm GFX100 Owner's Manual at 143.

| Image Stabilizer | |
|---|---|
| Mechanism | Image sensor shift mechanism with 5-axis compensation |
| Compensation Effect | 5.5 stops (based on CIPA standard). Pitch/yaw shake only. With GF63mmF2.8 R WR lens mounted. |

https://fujifilm-x.com/en-us/products/cameras/gfx100/specifications/

</td>
</tr>
<tr>
<td>

a semi-conductor image sensor mounted at said image plane for movement on said MEMS system support mechanism and being operatively associated with said lens assembly to generate a digital image.

</td>
<td>

The Fujifilm GFX100 includes a semi-conductor image sensor mounted at said image plane for movement on said MEMS system support mechanism and being operatively associated with said lens assembly to generate a digital image.

| Image sensor | 43.8mm x 32.9mm Bayer array with primary color filter |
|---|---|
| Sensor Cleaning system | Ultra Sonic Vibration |

</td>
</tr>
</table>


Kent & Risley LLC

Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635





Preliminary Comparison of the Fujifilm GFX100 with U.S. Patent No. 6,914,635



