# Exhibit E

*Claim Chart re Asserted Claims of '706 Patent and Exemplary Accused Products*

Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

| Claim language | Information Relating to the Fujifilm X-T30 |
|---|---|
| 19. A computer program embodied on a computer readable medium for tracking a head portion of a person image in video images, comprising: | The Fujifilm X-T30 includes a computer program embodied on a computer readable medium for tracking a head portion of a person image in video images, as evidenced by the X-T30 Specification's description of the X-Processor being paired with an image processing engine, including the ability to perform face tracking in AF-C mode.<br><br>**X-TRANS CMOS 4**<br>**Back-illuminated 26.1 megapixel image sensor**<br>The X-T30 features the X Series' fourth-generation X-Trans CMOS 4 sensor. Boasting a resolution of 26.1 MP, the sensor uses the unique X-Trans color filter array to reduce moiré and false colors without the need for an optical low pass filter. Its back-illuminated structure enhances image quality while reducing noise levels and extending the sensitivity to ISO160.<br><br>**X-Processor 4**<br>**Perfectly paired image processing engine for maximum performance**<br>The new X-Processor 4 has a quad-core design to utilize the full potential of the X-Trans CMOS 4 sensor. This combination of processor and sensor is behind the enhanced Film Simulation mode, which enables you to achieve richer colors and tones, as well as significant improvement in the camera's ability to track a moving subject, faster and more accurate autofocus, and enhanced 4K/30P video capabilities.<br><br>Fujifilm X-T30 Specification at 1. |



Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | "Face- and eye-detection AF" for better portrait photographs<br><br>The tracking performance of the "Face- and Eye-detection AF" is twice as good as previous models. The X-T30 maintains accurate focus on people from the front or side in scenes which were notoriously difficult to track. The eye-detection AF is also supported in the AF-C mode, focus-tracking subject's eyes in portraiture that involves movements. The eye-detection AF can be configured to priority-focus on either right or left eye or the eye closest to the camera. It is a powerful tool in portrait photography, which demands focus accuracy with a shallow depth of field.<br><br>Fujifilm X-T30 Specification at 4. |
| a code segment for receiving video images; | The Fujifilm X-T30 includes a code segment for receiving video images, including, for example, the ability to receive video images, as evidenced by, among other things, the ability of the Fujifilm X-T30 to perform continuous shooting at up to 30 frames per second. Fujifilm X-T30 Specification at cover page. |
| a code segment for executing a first head tracking operation for generating a first confidence value representative of a confidence that a head portion of a person image in the video images is located, | On information and belief, the Fujifilm X-T30 includes a code segment for executing a first head tracking operation for generating a first confidence value representative of a confidence that a head portion of a person image in the video images is located. For example, the Fujifilm X-T30 provides face detection, which is supported in AF-C mode (continuous shooting). |

2



Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

|  |  Fujifilm X-T30 Specification at 4. |
|---|---|



Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

### FACE/EYE DETECTION SETTING

Intelligent Face Detection sets focus and exposure for human faces anywhere in the frame, preventing the camera from focusing on the background in group portraits. Choose for shots that emphasize portrait subjects. You can also choose whether the camera detects and focuses on either the left or right eye when Intelligent Face Detection is on.



| Option | Description |
|---|---|
| FACE DETECTION ON | Adjust settings for Intelligent Face Detection. You can also adjust eye detection settings.<br>• EYE OFF: Intelligent Face Detection only.<br>• EYE AUTO: The camera automatically chooses which eye to focus on when a face is detected.<br>• R RIGHT EYE PRIORITY: The camera focuses on the right eye of subjects detected using Intelligent Face Detection.<br>• L LEFT EYE PRIORITY: The camera focuses on the left eye of subjects detected using Intelligent Face Detection. |
| OFF | Intelligent Face Detection and eye priority off. |

Fujifilm X-T30 Owner's Manual at 117.

4



Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | The Fujifilm X-T30 Owner's Manual indicates that face detection may not work properly when "[t]he subject's face is obscured by sunglasses, a hat, long hair, or other objects"; "[t]he subject's face occupies only a small area of the frame"; "the subject's face is turned away from the camera"; "[t]he camera is tilted"; or "[t]he subject's face is poorly lit." <br><br> | Problem | Solution |
|---|---|
| No face is detected. | • The subject's face is obscured by sunglasses, a hat, long hair, or other objects: Remove the obstructions (📖 117). <br>• The subject's face occupies only a small area of the frame: Change the composition so that the subject's face occupies a larger area of the frame (📖 117). <br>• The subject's face is turned away from the camera: Ask the subject to face the camera (📖 117). <br>• The camera is tilted: Keep the camera level. <br>• The subject's face is poorly lit: Shoot in bright light. |
| The flash does not fire. | • The flash is disabled: Adjust settings (📖 94). <br>• The battery is exhausted: Charge the battery or insert a fully-charged spare battery (📖 33). <br>• The camera is in bracketing or continuous mode: Select single frame mode (📖 5). <br>• The flash is lowered: Raise the flash (📖 92). |
| Some flash modes are not available. | OFF is selected for SOUND & FLASH: Select ON (📖 189). |

Fujifilm X-T30 Owner's Manual at 282.

On information and belief, this indicates that the face-detection mechanism utilizes a plurality of head tracking operations in locating a head portion. For example, on information and belief, the face-detection mechanism uses, for example, contrast and/or color detection, shape identification, and/or analysis of ratios between features in identifying the location of a head portion. Each of these operations constitutes a first head-tracking operation. |

5



Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | On information and belief, the head-tracking operations described above each include determining a first confidence value representative of a confidence that the head portion has been located. |
| the first head tracking operation comprising identifying a point of separation between a torso portion of the person image and the head portion of the person image; | On information and belief, the Fujifilm X-T30's face detection comprises identifying a point of separation between a torso portion of the person image and the head portion of the person image, as evidenced by the boxes around the faces, which show that the operation has identified the separation between a person's head and torso.<br><br>**FACE/EYE DETECTION SETTING**<br><br>Intelligent Face Detection sets focus and exposure for human faces anywhere in the frame, preventing the camera from focusing on the background in group portraits. Choose for shots that emphasize portrait subjects. You can also choose whether the camera detects and focuses on either the left or right eye when Intelligent Face Detection is on.<br><br><br>Fujifilm X-T30 Owner's Manual at 117. |
| a code segment for executing a second head tracking operation for generating a second confidence value representative of a confidence that the head portion of the person image in the video images is located; and | On information and belief, the Fujifilm X-T30 includes a code segment for executing a second head tracking operation for generating a second confidence value representative of a confidence that the head portion of the person image in the video images is located.<br><br>As discussed above, the Fujifilm X-T30 Owner's Manual indicates that face detection may not work properly when "[t]he subject's face is obscured by sunglasses, a hat, long hair, or other objects"; "[t]he subject's face occupies only a small area of the frame"; "the subject's face is turned away from the camera"; "[t]he camera is tilted"; or "[t]he subject's face is poorly lit." |

6



Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | | Problem | Solution |
| | |---|---|
| | | No face is detected. | • The subject's face is obscured by sunglasses, a hat, long hair, or other objects: Remove the obstructions (📖 117).<br>• The subject's face occupies only a small area of the frame: Change the composition so that the subject's face occupies a larger area of the frame (📖 117).<br>• The subject's face is turned away from the camera: Ask the subject to face the camera (📖 117).<br>• The camera is tilted: Keep the camera level.<br>• The subject's face is poorly lit: Shoot in bright light. |
| | | The flash does not fire. | • The flash is disabled: Adjust settings (📖 94).<br>• The battery is exhausted: Charge the battery or insert a fully-charged spare battery (📖 33).<br>• The camera is in bracketing or continuous mode: Select single frame mode (📖 5).<br>• The flash is lowered: Raise the flash (📖 92). |
| | | Some flash modes are not available. | OFF is selected for SOUND & FLASH: Select ON (📖 189). |
| | Fujifilm X-T30 Owner's Manual at 282.<br><br>On information and belief, this indicates that the face-detection mechanism utilizes a plurality of head tracking operations in locating a head portion. For example, on information and belief, the face-detection mechanism uses, for example, contrast and/or color detection, shape identification, and/or analysis of ratios between features in identifying the location of a head portion. Each of these operations, combined with another operation, constitutes both a first and a second head-tracking operation.<br><br>On information and belief, the head-tracking operations described above each includes determining a confidence value representative of a confidence that the head portion has been located, such that the face-detection mechanism includes determining a second confidence value representative of a confidence that the head portion has been located. |



Preliminary Comparison of the Fujifilm X-T30 with U.S. Patent No. 6,545,706

| | |
|---|---|
| a code segment for outputting the first confidence value and the second confidence value, wherein the depiction of the head portion of the person image in the video images is based on the first confidence value and the second confidence value. | On information and belief, the Fujifilm X-T30 includes a code segment for outputting the first confidence value and the second confidence value, wherein the depiction of the head portion of the person image in the video images is based on the first confidence value and the second confidence value. For example, the Fujifilm X-T30 sets focus, including in continuous-shooting mode, based on the results of the detection, thereby emphasizing portrait subjects.<br><br>**FACE/EYE DETECTION SETTING**<br><br>Intelligent Face Detection sets focus and exposure for human faces anywhere in the frame, preventing the camera from focusing on the background in group portraits. Choose for shots that emphasize portrait subjects. You can also choose whether the camera detects and focuses on either the left or right eye when Intelligent Face Detection is on. <br><br>Fujifilm X-T30 Owner's Manual at 117. |

