# Exhibit F

*Claim Chart re Asserted Claims of '476 Patent and Exemplary Accused Products*

Preliminary Comparison of the Fujifilm X-T2 with U.S. Patent No. 7,715,476

| Claim language | Information Relating to the Fujifilm X-T2 |
|---|---|
| 21. A system for processing images to identify a head portion of a subject in the images comprising: | The Fujifilm X-T2 includes a system for processing images to identify a head portion of a subject in the images.<br><br>AF/MF SETTING<br>**FACE/EYE DETECTION SETTING**<br>Intelligent Face Detection sets focus and exposure for human faces anywhere in the frame, preventing the camera from focusing on the background in group portraits. Choose for shots that emphasize portrait subjects. Faces can be detected with the camera in vertical or horizontal orientation; if a face is detected, it will be indicated by a green border. If there is more than one face in the frame, the camera will select the face closest to the center; other faces are indicated by white borders. You can also choose whether the camera detects and focuses on eyes when Intelligent Face Detection is on. Choose from the following options:<br><br>Fujifilm X-T2 Owner's Manual at 143. |
| an interface configured to obtain images of a subject; and | The Fujifilm X-T2 includes an interface configured to obtain images of a subject. |

1



Preliminary Comparison of the Fujifilm X-T2 with U.S. Patent No. 7,715,476

| | |
|---|---|
| | <br>Fujifilm X-T2 Specification at 15. |
| a processor configured to identify a head portion of the subject in the images based at least in part on a first confidence value produced by a first process that analyzes the images to identify a location of the head portion of | The Fujifilm X-T2 includes a processor configured to identify a head portion of the subject in the images based at least in part on a first confidence value produced by a first process that analyzes the images to identify a location of the head portion of the subject in the images and a second confidence value produced by a second, different process that analyzes the images to identify the location of the head portion of the subject in the images. |



Preliminary Comparison of the Fujifilm X-T2 with U.S. Patent No. 7,715,476

| | |
|---|---|
| the subject in the images and a second confidence value produced by a second, different process that analyzes the images to identify the location of the head portion of the subject in the images. | For example, the Fujifilm X-T2 includes a processor.<br><br><br><br>Fujifilm X-T2 Specification at 15.<br><br>The Fujifilm X-T2 also includes a face-detection mechanism to identify the location of the head portion of a subject. |



Preliminary Comparison of the Fujifilm X-T2 with U.S. Patent No. 7,715,476

| | |
|---|---|
| | **AF/MF SETTING**<br>**FACE/EYE DETECTION SETTING**<br>Intelligent Face Detection sets focus and exposure for human faces anywhere in the frame, preventing the camera from focusing on the background in group portraits. Choose for shots that emphasize portrait subjects. Faces can be detected with the camera in vertical or horizontal orientation; if a face is detected, it will be indicated by a green border. If there is more than one face in the frame, the camera will select the face closest to the center; other faces are indicated by white borders. You can also choose whether the camera detects and focuses on eyes when Intelligent Face Detection is on. Choose from the following options: <br><br>Fujifilm X-T2 Owner's Manual at 143.<br><br>The Fujifilm X-T2 Owner's Manual indicates that face detection may not work properly when "[t]he subject's face is obscured by sunglasses, a hat, long hair, or other objects"; "[t]he subject's face occupies only a small area of the frame"; "the subject's face is turned away from the camera"; "[t]he camera is tilted"; or "[t]he subject's face is poorly lit." |

4



Preliminary Comparison of the Fujifilm X-T2 with U.S. Patent No. 7,715,476

| | |
|---|---|
| | [image of Fujifilm X-T2 Owner's Manual troubleshooting tables showing "No face is detected" with solutions about obscured face, small face in frame, tilted head; and "The flash does not fully light the subject" with solutions about flash range, obstruction, and shutter speed]<br><br>Fujifilm X-T2 Owner's Manual at 282-283.<br><br>On information and belief, this indicates that the face-detection mechanism utilizes at least first and second head tracking operations to analyze images to identify the location of a head portion. For example, on information and belief, the face-detection mechanism uses, for example, contrast and/or color detection, shape identification, and/or analysis of ratios between features in identifying the location of a head portion. Each of these operations constitutes a first head-tracking operation.<br><br>On information and belief, each of these processes include determining a confidence value to identify the location of the head portion of the subject in the images. |
| 22. A system as recited in claim 21, wherein:<br>the first confidence value represents a confidence that the first process has | The Fujifilm X-T2 satisfies the additional recitations of claim 22.<br><br>On information and belief, each of the confidence values described in connection with claim 21 represents a confidence that the first process (e.g., contrast/color detection) has identified the |

5



Preliminary Comparison of the Fujifilm X-T2 with U.S. Patent No. 7,715,476

| | |
|---|---|
| identified the location of the head portion of the subject in the images; and the second confidence value represents a confidence that the second process has identified the location of the head portion of the subject in the images. | location of the head portion of the subject in the images. On information and belief, the second confidence value represents a confidence that the second process (e.g., shape identification) has identified the location of the head portion of the subject in the images. |
| 23. A system as recited in claim 21, wherein:<br>the first confidence value represents a confidence that a first process has identified the location of the head portion of the subject in the images; the second confidence value represents a confidence that a second process has identified the location of the head portion of the subject in the images; and the head portion of the subject is identified in the images based at least in part on the location of the head portion identified by the first process and the location of the head portion identified by the second process. | The Fujifilm X-T2 satisfies the additional recitations of claim 23.<br><br>On information and belief, the first confidence value described in connection with claim 21 represents a confidence that the first process (e.g., contrast/color detection) has identified the location of the head portion of the subject in the images. On information and belief, the second confidence value represents a confidence that the second process (e.g., shape identification) has identified the location of the head portion of the subject in the images.<br><br>The Fujifilm X-T2 identifies the head portion of the subject in the images based at least in part on the location of the head portion identified by the first process and the location of the head portion identified by the second process, as evidenced by the fact that face detection "sets focus and exposure for human faces." |

6



Preliminary Comparison of the Fujifilm X-T2 with U.S. Patent No. 7,715,476

| | |
|---|---|
| | **AF/MF SETTING**<br>**FACE/EYE DETECTION SETTING**<br>Intelligent Face Detection sets focus and exposure for human faces anywhere in the frame, preventing the camera from focusing on the background in group portraits. Choose for shots that emphasize portrait subjects. Faces can be detected with the camera in vertical or horizontal orientation; if a face is detected, it will be indicated by a green border. If there is more than one face in the frame, the camera will select the face closest to the center; other faces are indicated by white borders. You can also choose whether the camera detects and focuses on eyes when Intelligent Face Detection is on. Choose from the following options: <br><br>Fujifilm X-T2 Owner's Manual at 143. |

