UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIGIMEDIA TECH, LLC,

            Plaintiff,

-against-

FUJIFILM HOLDINGS AMERICA CORPORATION,

            Defendant.

**ORDER**

20-CV-04140 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 14). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

    The Clerk of the Court is respectfully directed to terminate the pending motion sequence. (Doc. 14).

Dated:   New York, New York
           September 28, 2020

                                          PHILIP M. HALPERN
                                          United States District Judge